


Cost Center: 627

**Earnings Statement**

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

Page 001 of 001
Period Beg/End:  10/23/2016 - 11/05/2016
Advice Date:     11/10/2016
Advice Number:   0001365175
Batch Number:    000000000457

FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL       00      0.00
GEORGIA       00      0.00

TYRELLE   M WILLIAMS
6104 WANDERING WAY
NORCROSS   GA   30093

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Base | 10.00 | 55.91 | 559.10 | 10,366.20 |
| OT ADJUST | | | | 1.24 |
| Commission | | 62.84 | | 1,093.86 |
| SPIFFS | | | | 20.00 |
| Gross Pay | | | 621.94 | 11,481.30 |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 62.47- | 1,090.15- |
| EE Social Security Tax | | | 38.56- | 711.84- |
| EE Medicare Tax | | | 9.02- | 166.48- |
| **Tax Deductions: Georgia** | | | | |
| Withholding Tax | | | 24.70- | 416.99- |
| Total Net Pay | | | 487.19 | 9,095.84 |
| Total Work Hours for Pay Period | | | 55.91 | |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 487.19 |

Your federal taxable wages        621.94

*Excluded from Federal Taxable Wages

© 2002 Automated Data Processing (ADP)

**LUXOTTICA**  Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

Advice Number:   0001365175
Advice Date:     11/10/2016

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| TYRELLE   M WILLIAMS | XXXXXXXXXX | | 487.19 |



```
CO    EMPLOYEE ID    000000-000000
PCSSA8
Cost Center: 627
```

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

```
FILING STATUS:SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
  FEDERAL       00      0.00
  GEORGIA       00      0.00
```

# Earnings Statement

```
                        Page 001 of 001
Period Beg/End:    11/06/2016 - 11/19/2016
Advice Date:       11/25/2016
Advice Number:     0001409149
Batch Number:      000000000471
```

TYRELLE   M  WILLIAMS
6104  WANDERING  WAY
NORCROSS    GA    30093

```
Earnings        Rate  Hours/Units  Amount   Year-To-Date
Base           10.00     42.90     429.00      10,795.20
OT ADJUST                                           1.24
Commission                 22.49              1,116.35
SPIFFS                                           20.00
Gross Pay                          451.49      11,932.79
Tax Deductions: Federal
  Withholding Tax          36.91-            1,127.06-
  EE Social Security Tax   27.99-              739.83-
  EE Medicare Tax           6.55-              173.03-
Tax Deductions: Georgia
  Withholding Tax          14.47-              431.46-
Total Net Pay             365.57             9,461.41
Total Work Hours for Pay Period    42.90
```

```
Payment Method                    Amount
Direct Deposit                    365.57
```

Your federal taxable wages          451.49

*Excluded from Federal Taxable Wages

Luxottica  Retail  North  America  Inc.
4000  Luxottica  Place
Mason ,OH  45040
Ph.  no.1-866-431-8484

Advice  Number:    0001409149
Advice  Date:      11/25/2016

THIS IS NOT A CHECK

Deposited to the account of         Account Number    Transit ABA      Amount
TYRELLE  M  WILLIAMS                 XXXXXXXXXXX                       365.57

```
CO.      EMPLOYEE  ID      000000-000000
PC53A8   [redacted]
Cost Center: 627
```



# Earnings Statement

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

```
                           Page 001 of 002
Period Beg/End:   11/20/2016 - 12/03/2016
Advice Date:      12/09/2016
Advice Number:    0001483622
Batch Number:     000000000479
```

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
  FEDERAL         00      0.00
  GEORGIA         00      0.00

TYRELLE   M WILLIAMS
6104 WANDERING WAY
NORCROSS   GA   30093

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Base | 10.00 | 10.02 | 100.20 | 10,895.40 |
| OT ADJUST | | | | 1.24 |
| Commission | | | | 1,116.35 |
| SPIFFS | | | | 20.00 |
| Gross Pay | | | 100.20 | 12,032.99 |

**Tax Deductions: Federal**

| | | | | |
|---|---|---|---|---|
| Withholding Tax | | | 1.37- | 1,128.43- |
| EE Social Security Tax | | | 6.22- | 746.05- |
| EE Medicare Tax | | | 1.45- | 174.48- |

**Tax Deductions: Georgia**

| | | | | |
|---|---|---|---|---|
| Withholding Tax | | | 0.12- | 431.58- |
| Total Net Pay | | | 91.04 | 9,552.45 |
| Total Work Hrs Per Pay Prd & YTD | | 10.02 | | 1,089.94 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 91.04 |

Your federal taxable wages       100.20

*Excluded from Federal Taxable Wages

---

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

Advice Number:   0001483622
Advice Date:     12/09/2016

**THIS IS NOT A CHECK**

Deposited to the account of        Account Number     Transit ABA     Amount
TYRELLE   M WILLIAMS               XXXXXXXXXX[redacted]   [redacted]      91.04



 Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL            00      0.00
GEORGIA            00      0.00

# Earnings Statement

Page 001 of 002
Period Beg/End:   12/04/2016 - 12/17/2016
Advice Date:      12/23/2016
Advice Number:    0001522387
Batch Number:     000000000493

TYRELLE M WILLIAMS
6104 WANDERING WAY
NORCROSS   GA   30093

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Base | 10.00 | 24.45 | 244.50 | 11,139.90 |
| OT ADJUST | | | | 1.24 |
| Commission | | | | 1,116.35 |
| SPIFFS | | | | 20.00 |
| Gross Pay | | | 244.50 | 12,277.49 |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 15.80- | 1,144.23- |
| EE Social Security Tax | | | 15.15- | 761.20- |
| EE Medicare Tax | | | 3.54- | 178.02- |
| **Tax Deductions: Georgia** | | | | |
| Withholding Tax | | | 3.65- | 435.23- |
| Total Net Pay | | | 206.36 | 9,758.81 |
| Total Work Hrs Per Pay Prd & YTD | | 24.45 | | 1,113.99 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 206.36 |

Your federal taxable wages          244.50

*Excluded from Federal Taxable Wages

 Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

Advice Number:   0001522387
Advice Date:     12/23/2016

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| TYRELLE M WILLIAMS | XXXXXXXXX | | 206.36 |



# Earnings Statement

```
CO        EMPLOYEE ID    006608-000000
PCSSAa    [REDACTED]
Cost Center: 627
```



Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

```
FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
    FEDERAL       00      0.00
    GEORGIA       00      0.00
```

Page 001 of 002
Period Beg/End:   12/18/2016 - 12/31/2016
Advice Date:      01/06/2017
Advice Number:    0001582454
Batch Number:     000000000517

TYRELLE  M  WILLIAMS
6104 WANDERING WAY
NORCROSS  GA  30093

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Base | 10.00 | 41.81 | 418.10 | 418.10 |
| Commission | | | 50.00 | |
| Commission | | | 69.96 | 119.96 |
| Gross Pay | | | 538.06 | 538.06 |

**Tax Deductions: Federal**

| | | | | |
|---|---|---|---|---|
| Withholding Tax | | | 49.51- | 49.51- |
| EE Social Security Tax | | | 33.36- | 33.36- |
| EE Medicare Tax | | | 7.80- | 7.80- |

**Tax Deductions: Georgia**

| | | | | |
|---|---|---|---|---|
| Withholding Tax | | | 19.67- | 19.67- |
| Total Net Pay | | | 427.72 | 427.72 |
| Total Work Hrs Per Pay Prd & YTD | | | 41.81 | 41.81 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 427.72 |

Your federal taxable wages    538.06

*Excluded from Federal Taxable Wages

---

 Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

Advice Number:    0001582454
Advice Date:      01/06/2017

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| TYRELLE M WILLIAMS | XXXXXXXXXX[REDACTED] | [REDACTED] | 427.72 |