**IT IS ORDERED as set forth below:**



**Date: February 16, 2017**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-50964-PMB |
| | ) | |
| TYRELLE MARQUIS WILLIAMS, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

-----------------------------------------------------------------

| | | |
|---|---|---|
| USA AUTO SALES AND RENTALS, INC., | ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| TYRELLE MARQUIS WILLIAMS, Debtor, and ADAM M. GOODMAN, Trustee, | ) ) | |
| | ) | |
| Respondents. | ) ) | |

## CONSENT ORDER

This matter is before the Court on USA Auto Sales and Rentals, Inc. ("Movant")'s Motion for Relief from Stay (the "Motion") [Docket No. 12] filed on February 15, 2017. The motion

04034363-

sought relief as to Debtor's 2000 Mercedes-Benz (the "Vehicle"). The Parties have, as evidenced by the signatures of respective counsel below, agreed to the within terms. Therefore, without opposition and for good cause shown, it is hereby:

**ORDERED** that the automatic stay of 11 U.S.C. § 362 shall remain in full force and effect pending further Order of this Court. It is

**FURTHER ORDERED** that the Debtor shall strictly comply in maintaining payments to the Chapter 13 Trustee for a period of twelve (12) months, commencing upon entry of the within Consent Order. Debtor's failure to make any one of these payments on time and in full to the Chapter 13 Trustee during the twelve month period shall constitute a default hereunder. It is

**FURTHER ORDERED** that, for the life of the Chapter 13 Plan or approved modification thereto, the Debtor shall insure the Vehicle with a standard form comprehensive, collision and liability insurance policy, with Movant named as lienholder/loss payee, or it shall constitute a default hereunder. It is

**FURTHER ORDERED** that as adequate protection to Movant, the Debtor shall amend the Plan to provide for Movant to have a fully secured claim of $7,730.40, with adequate protection payments of $70.00 per month, with interest payable at the rate of 4.25% per annum. It is

**FURTHER ORDERED** that if Debtor defaults hereunder, counsel for Movant may send written notice of default to Debtor's counsel, with a copy to Debtor. Debtor shall then have ten (10) days from the date of said notice to bring the payments current. Upon failure to do so, counsel for Movant may submit to the Court a delinquency motion and an affidavit, with the written notice of default attached as an exhibit, serving Debtor and Debtor's counsel, stating that notice was given and the failure to cure. Upon receipt, the Court, without further notice or hearing, may enter an Order vacating the automatic stay of 11 U.S.C. § 362 permitting Movant to

04034363-

proceed with the recovery and disposition of the Vehicle pursuant to applicable non-bankruptcy law and apply the proceeds to the loan balance and amend its claim for any resulting deficiency. It is

**FURTHER ORDERED** that should the sale of the property by Movant result in a surplus over and above the secured indebtedness due Movant, including any expenses and attorney's fees incurred by Movant and approved by this Court pursuant to 11 U.S.C. § 506(b), Movant shall deliver such surplus to the Chapter 13 Trustee, for distribution according to the priorities established by law. It is

**FURTHER ORDERED** that this Order shall be effective and enforceable immediately upon its entry.

### END OF DOCUMENT

### STIPULATED, AGREED, AND CONSENTED TO BY:

| | |
|---|---|
| **Macey, Wilensky & Hennings, LLC** | **The Semrad Law Firm** |
| /s/ Hal J. Leitman | /s/ Olivia Mooney |
| Hal J. Leitman, Bar No. 446246 | Olivia Mooney, Bar No. 693517 |
| 303 Peachtree Street NE | 303 Perimeter Center North |
| Suite 4420 | #201 |
| Atlanta, Georgia 30308 | Atlanta, GA 30346 |
| (404) 584-1200, (404) 681-4355 fax | (404) 381-8634 telephone |
| Thennings@maceywilensky.com | (678) 412-1485 fax |
| *Attorneys for Movant* | mallain@semradlaw.com |
| | *Attorneys for Debtor* |

**NO OPPOSITION:**

**CHAPTER 13 TRUSTEE:**

/s/ Jason L. Rogers
Jason L. Rogers, Bar No. 142575
Suite 2200
260 Peachtree Street
Atlanta, GA 30303
(678) 510-1444 telephone

04034363-

## DISTRIBUTION LIST

Hal J. Leitman, Esq.
Macey, Wilensky & Hennings, LLC
303 Peachtree Street, NE
Suite 4420
Atlanta, Georgia 30308

Tyrelle Marquis Williams
685 Simon Ive Dr.
Lawrenceville, Georgia 30045
Served via U.S. Mail

Michael Patrick Allaim
The Semrad Law Firm
303 Perimeter Center North
Number 201
Atlanta, GA 30346

Adam M. Goodman
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

04034363-