```
              UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING HELD ON APRIL 6, 2017**

CASE NO.:  17-50964-PMB

DEBTOR:    TYRELLE M. WILLIAMS

**TRUSTEE TO REPORT BACK IN 10 DAYS**

WHETHER DEBTOR HAS PAID $250.00 DIRECT.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

DEBTOR HAS FAILED TO PAY $250.00 DIRECT.

PLEASE ENTER AN ORDER OF DISMISSAL.

April 21, 2017

```
                        _____/s/_____
                        Jason L. Rogers, Attorney for the
                        Chapter 13 Trustee
                        GA Bar No.  142575
```

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

17-50964-PMB

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR:

Tyrelle Marquis Williams
685 Simon Ive Dr
Lawrenceville, GA 30045

ATTORNEY FOR DEBTOR:

The Semrad Law Firm, LLC
303 Perimeter Center North, Suite 201
Atlanta, GA 30346

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This __21st_____ day of April, 2017.


_____/s/_____
Jason L. Rogers, Attorney for the
Chapter 13 Trustee
GA Bar No.  142575




Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444