UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:  Debtor(s)
**Tyrelle Marquis Williams**
685 Simon Ive Dr
Lawrenceville, GA 30045

xxx−xx−6588

Case No.: **17−50964−pmb**
Chapter:  **13**
Judge:  **Paul Baisier**

## ORDER OF DISMISSAL

The Chapter 13 Trustee reports that the Debtor(s) has failed to comply with the direction of the Court. Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

Paul Baisier
United States Bankruptcy Judge

Dated: April 24, 2017

Form 157

```
                              United States Bankruptcy Court
                              Northern District of Georgia

In re:                                                              Case No. 17-50964-pmb
Tyrelle Marquis Williams                                            Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 113E-9          User: css2                  Page 1 of 2        Date Rcvd: Apr 24, 2017
                              Form ID: 157                Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db             #+Tyrelle Marquis Williams,    685 Simon Ive Dr,    Lawrenceville, GA 30045-8564
aty             +Hal J. Leitman,    Macey, Wilensky, Kessler & Hennings LLC,    Suite 4420,
                  303 Peachtree Street, NE,    Atlanta, GA 30308-3264
aty             +Michael Patrick Allain,    The Semrad Law Firm,    303 Perimeter Center North #201,
                  Atlanta, GA 30346-3425
aty             +Olivia R. Mooney,    The Semrad Law Firm, LLC,    303 Perimeter Center North, 201,
                  Atlanta, GA 30346-3425
20448075        +CAINE & WEINER,    PO BOX 5010,    WOODLAND HILLS, CA 91365-5010
20448073       ++CARTER YOUNG INC,    882 N MAIN STREET,    SUITE 120,    CONYERS GA 30012-4442
                 (address filed with court:    CARTER-YOUNG INC,    PO BOX 82269,    CONYERS, GA 30013)
20448078        +CONSUMER ADJUSTMENT,    145 SYCAMORE AVE,    CENTRAL ISLIP, NY 11749-1509
20448083        +Department of Justice, Tax Division,    75 Spring Street SW,    Civil Trial Section, Southern,
                  Atlanta, GA 30303-3315
20448088        +Greene, Brandon,    685 Simon Ive Dr,    Lawrenceville, GA 30045-8564
20448067        +HUNTER WARFIELD,    PO Box 1022,    Wixom, MI 48393-1022
20448082         Internal Revenue Service - Atl,    401 W PEACHTREE ST, NW, RM 1665,    c/o MARIA HARRIS,
                  Atlanta, GA 30308
20452466         Internal Revenue Service - Atl,    401 W Peachtree St. NW, Stop 334-D,    Atlanta, Georgia 30308
20448087        +Medical Revenue Service,    P.O. Box 1149,    Sebring, FL 33871-1149
20448068        +NCC BUSINESS SVCS INC,    9428 BAYMEADOWS RD STE 2,    JACKSONVILLE, FL 32256-7912
20448071        +OPTIMUM OUT,    3 westbrook corp suite 200,    WESTCHESTER, IL 60154-5728
20448076        +OPTIMUM OUTCOMES INC,    2651 WARRENVILLE RD STE,    DOWNERS GROVE, IL 60515-5544
20448084        +Office of Attorney General,    40 Capitol Sq Sw,    Atlanta, GA 30334-9057
20448070        +REVMD,    po box 3427,    Hinsdale, IL 60522-3427
20448066        +SOCIAL SECURITY ADMIN,    10718 S Roberts Rd,    Palos Hills, IL 60465-2342
20448080         Special Assistant U.S. Attorney,    401 W. Peachtree Street, NW, STOP 1000-D,
                  Atlanta, GA 30308
20448086        +US AUTO FINANCE / US AUTO SALES,    2875 University Pkwy,    Lawrenceville, GA 30043-6752

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20448074        +E-mail/Text: banko@acsnv.com Apr 24 2017 21:24:02       ALLIED COLL,
                  3080 S DURANGO DR SUITE 208,    LAS VEGAS, NV 89117-9194
20448069        +EDI: ACBK.COM Apr 24 2017 20:43:00      AMERICAN CREDIT ACCEPT,    961 E MAIN ST,
                  SPARTANBURG, SC 29302-2185
20448072        +EDI: CMIGROUP.COM Apr 24 2017 20:43:00      CREDIT MANAGEMENT LP,    PO Box 118288,
                  Carrollton, TX 75011-8288
20448085         EDI: GADEPTOFREV.COM Apr 24 2017 20:43:00       Georgia Department of Revenue,
                  1800 Century Boulevard,    c/o T Truong,    Atlanta, GA 30345
20448077        +E-mail/Text: collections@datamax.com Apr 24 2017 21:23:08       INTERSTATE CREDIT COLL,
                  711 COLISEUM PLAZA CT,    WINSTON SALEM, NC 27106-5350
20448079        +EDI: IRS.COM Apr 24 2017 20:43:00      Internal Revenue Service,    PO Box 7346,
                  Philadelphia, PA 19101-7346
20448081        +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Apr 24 2017 21:23:15
                  Office of the United States Trustee,    75 Ted Turner Dr Sw,    Atlanta, GA 30303-3315
20452441        +E-mail/Text: usagan.bk@usdoj.gov Apr 24 2017 21:23:17       U. S. Attorney,
                  600 Richard B. Russell Bldg.,    75 Ted Turner Drive, SW,    Atlanta GA 30303-3315
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                USA Auto Sales and Rentals, Inc.,    2016 Lawrenceville HWY,    Lawrenceville
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 113E-9            User: css2                   Page 2 of 2                   Date Rcvd: Apr 24, 2017
                                Form ID: 157                 Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
              Adam M. Goodman    cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Hal J. Leitman    on behalf of Creditor   USA Auto Sales and Rentals, Inc.
               fglasgow@maceywilensky.com,
               kfurlong@maceywilensky.com;swenger@maceywilensky.com;smcconnell@maceywilensky.com;receptionist@ma
               ceywilensky.com
              Michael Patrick Allain    on behalf of Debtor Tyrelle Marquis Williams mallain@semradlaw.com,
               ganb.courtview@SLFCourtview.com
              Olivia R. Mooney    on behalf of Debtor Tyrelle Marquis Williams omooney@semradlaw.com,
               ganb.courtview@slfcourtview.com
                                                                                             TOTAL: 4
```